In the Matter of CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of BLANCHE N. MACK, Deceased, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued March 5, 1942; decided April 16, 1942.

*Emil Goldmark* and *Eugene A. Levinson* for appellant.

*John J. Bennett, Jr., Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.